Michael J. Hanson
Call & Hanson, P.C.
413 G Street
Anchorage, AK 99501-2126

Phone: (907) 258-8864
Fax: (907) 258-8865
E-Mail: mjh@chklaw.net

Attorneys for Defendant GEICO Choice Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL ANGEL ULUGLIA, JUNIOR ULUGLIA and JACKIE ULUGLIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>GEICO CHOICE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: _____ |

## NOTICE OF REMOVAL

Defendant/removing party GEICO Choice Insurance Company, through counsel, Call & Hanson, P.C., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446-48, hereby files its Notice of Removal of the above-entitled action.

1. On or about November 7, 2017, plaintiff commenced the above-entitled action against Defendant GEICO Choice Insurance Company in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case Number 3AN-17-10263 CI. Defendant received notice of the lawsuit after plaintiffs served the Director of Insurance on November 27, 2017.

2. Pursuant to 28 U.S.C. § 1441(a), a defendant may remove to Federal District Court "any civil action brought in State Court of which District Courts of the United States have original jurisdiction . . .."

3. Pursuant to 28 U.S.C. § 1332(a)(1), Federal District Courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

4. A corporation is deemed to be a citizen of the state where it is incorporated or where it has its principal place of business. 28 U.S.C. §1332(c)(1). Defendant GEICO Choice Insurance Company is incorporated in the State of Maryland and its principal place of business is in the State of Maryland.

5. Plaintiffs are citizens of the State of Alaska residing in the Third Judicial District at Anchorage.

6. The amount in controversy in the above-entitled action, exclusive of costs and interest, exceeds $100,000.00, because the Complaint was filed in the Superior Court of Alaska. The Superior Court has jurisdiction over cases where the amount in controversy exceeds

CALL & HANSON, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

$100,000 and plaintiffs request a judgment in excess of the $100,000.00 policy limits of their uninsured motorist coverage under the GEICO policy.

7. Because there is complete diversity between plaintiffs and defendant and the amount in controversy exceeds $100,000.00, original jurisdiction exists in this court. Therefore, removal is proper.

8. Electronic copies of relevant process, pleadings and orders in the State Court are filed herewith pursuant to 28 U.S.C. 1446(a) and Local Rule 5.3.

9. A Notice of Filing Removal of a Civil Action, together with a copy of this Notice, are being filed with the State court where the action is pending.

WHEREFORE, defendant/removing party respectfully requests that this action be removed from the Superior Court for the State of Alaska to the United States District Court for the District of Alaska.

                CALL & HANSON, P.C.
                Attorneys for Defendant GEICO
                Choice Insurance Company

Dated: December 21, 2017    By:   s/Michael J. Hanson
                                            Michael J. Hanson
                                            413 G Street
                                            Anchorage, AK 99501-2126
                                            Phone: (907) 258-8864
                                            Fax: (907) 258-8865
                                            E-mail: mjh@chklaw.net
                                            ABA No.: 8611115

**CERTIFICATE OF SERVICE**
I certify that on this 21st day of December, 2017, a true and correct copy of the foregoing document, and attachments if any, were mailed upon the following counsel of record:

Jeffrey J. Barber
Barber & Associates, LLC
821 N Street, Suite 103
Anchorage, AK 99501

s/Michael J. Hanson

**CALL & HANSON, P.C.**
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE OF REMOVAL
*Reid v. GEICO*, Case No. _____
Page 4 of 4
Case 3:17-cv-00267-HRH   Document 1   Filed 12/22/17   Page 4 of 4